**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cars Nation Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1763195** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1371 Industrial Dr. Unit N** <br> **Itasca, IL 60143** <br> Number, Street, City, State & ZIP Code | **1516 W Pratt Blvd, Unit D** <br> **Chicago, IL 60626** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Cars Nation Inc.**
_____          _____
Name                                                                 Case number (*if known*)

---

**7.** **Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**          *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Nabeel Siddiqui** | Relationship | **Business Owner** |
| District | **Northern District of IL** | When **1/25/16** | Case number, if known | **16-02170** |

---

| Debtor | Cars Nation Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11.  Why is the case filed in *this district*?**

Check all that apply:

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?**  _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**      .   Check one:

☐  Funds will be available for distribution to unsecured creditors.

☑  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Cars Nation Inc. | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2016**
MM / DD / YYYY

**X /s/ Nabeel Siddiqui**
Signature of authorized representative of debtor

**Nabeel Siddiqui**
Printed name

Title   **Owner**

---

**18. Signature of attorney**

**X /s/ Neal Feld**
Signature of attorney for debtor

Date   **April 28, 2016**
MM / DD / YYYY

**Neal Feld**
Printed name

**Neal Feld**
Firm name

**500 N. Michigan Ave.**
**Suite  600**
**Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 396-4130**      Email address _____

**6201181**
Bar number and State

---

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor name | **Cars Nation Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
| --- | --- | --- |
| Executed on | **April 28, 2016** | *X* **/s/ Nabeel Siddiqui** |
| | | Signature of individual signing on behalf of debtor |
| | | **Nabeel Siddiqui** |
| | | Printed name |
| | | **Owner** |
| | | Position or relationship to debtor |

**Fill in this information to identify the case:**

Debtor name     **Cars Nation Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..............................................................................................    $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................................    $     **0.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................................................    $     **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **169,053.51**

4.  Total liabilities ...............................................................................................................................
    Lines 2 + 3a + 3b      $     **169,053.51**

**Summary of Assets and Liabilities for Non-Individuals**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cars Nation Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **Cars Nation Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cars Nation Inc.**
_____    Case number *(If known)* _____
        Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Cars Nation Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Cars Nation Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,398.66** |
|---|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**Amount of claim $5,398.66**

---

**3.2**  Nonpriority creditor's name and mailing address
**Carsforsale**
**P.O. Box 91537**
**Sioux Falls, SD 57109**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.3**  Nonpriority creditor's name and mailing address
**CarsGuru**
**2 Canal Park**
**Cambridge, MA 02141**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.4**  Nonpriority creditor's name and mailing address
**Chicago Tribune**
**14839 Collections Center Drive**
**Chicago, IL 60693-0148**

Date(s) debt was incurred  ___

Last 4 digits of account number  **0778**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    33483                    Best Case Bankruptcy

| Debtor | **Cars Nation Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$341.15** |
|---|---|---|---|

**Comcast**
**PO Box 3002**
**Southeastern, PA 19398-3002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/16/2015**

Basis for the claim:  **Cable & Internet**

Last 4 digits of account number  **4175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.13** |
|---|---|---|---|

**Computerized Vehicle Registration**
**100 N Stanton 3rd Floor**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/30/2015**

Basis for the claim:  **Software Support Service**

Last 4 digits of account number  **6337**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238.50** |
|---|---|---|---|

**DealerCenter**
**4751 Wilshire Blvd**
**Suite 115**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/2015**

Basis for the claim:  **Computer Software**

Last 4 digits of account number  **2549**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00** |
|---|---|---|---|

**Greater Milwaukee A. A.**
**8711 W Brown Deer Road**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Fees**

Last 4 digits of account number  **C382**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,275.00** |
|---|---|---|---|

**Illinois Secretary of State**
**Attn: Ashley Stewart**
**501 South Second Street, Room 311**
**Springfield, IL 62756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/2015**

Basis for the claim:  **Dealer Fees**

Last 4 digits of account number  **7959**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00** |
|---|---|---|---|

**Illinois Secretary of State**
**213 State Capital**
**Springfield, IL 62756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  

Basis for the claim:  **Fees for use of Bond Monies**

Last 4 digits of account number  **1423**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,431.40** |
|---|---|---|---|

**Illinois Tollway**
**Attn: Violation Administration Cent**
**2700 Ogden Avenue**
**Downers Grove, IL 60515-1703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/01/2015**

Basis for the claim:  **Judgment**

Last 4 digits of account number  **1912**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cars Nation Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jim F. Mazzanti Insurance**<br>**800 E. Northwest HWY, Suite 625**<br>**Palatine, IL 60074**<br><br>Date(s) debt was incurred __11/18/2014__<br>Last 4 digits of account number __3965__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance Fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$257.02** |
|---|---|---|---|

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Manheim Auctions**<br>**20401 Cox Ave**<br>**Matteson, IL 60443**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __2964__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,070.00** |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Nextgear Capital**<br>**1320 City Center Drive**<br>**Suite 100**<br>**Carmel, IN 46032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2005 BMW X3**<br>**1904 Lehigh Ave**<br>**Glenview, IL 60025**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$111,697.00** |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Springleaf Financial Services**<br>**B130-126**<br>**7414 N Western Ave**<br>**Chicago, IL 60645**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Collection Account**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **Unknown** |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Value Industrial Partners, LLC**<br>**970 N Oaklawn Ave**<br>**Elmhurst, IL 60126**<br><br>Date(s) debt was incurred __02/04/2015__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Water and Sewer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7.65** |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Value Industrial Partners, LLC**<br>**970 N Oaklawn Ave**<br>**Elmhurst, IL 60126**<br><br>Date(s) debt was incurred __02/04/2015__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lease**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,900.00** |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Westlake Financial Services**<br>**Attn Bankruptcy Dept**<br>**4751 Wilshire Blvd, Ste 100**<br>**Los Angeles, CA 90010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Collection Account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$17,000.00** |

| Debtor | **Cars Nation Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $994.00 |
|---|---|---|---|

**Yosemite Insurance Company**
P.O. Box 159
Evansville, IN 47701-0159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/07/2015

Basis for the claim:  **Insurance Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arnoldharris**<br>111 West Jackson Blvd, Ste 600<br>Chicago, IL 60604 | Line **3.11**<br>☐ Not listed. Explain ____ | **1873** |
| 4.2 | **Cary G. Schiff and Associates**<br>134 North LaSalle Street<br>Suite 1720<br>Chicago, IL 60602 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Cary G. Schiff and Associates**<br>134 North LaSalle Street<br>Suite 1720<br>Chicago, IL 60602 | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **IFIC Surety Group**<br>7431 E State St #242<br>Rockford, IL 61108 | Line **3.10**<br>☐ Not listed. Explain ____ | **1423** |
| 4.5 | **NextGear Capital Inc.**<br>Attention: Legal Department<br>1320 City Center Drive, Suite 100<br>Carmel, IN 46032 | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Red Towing**<br>1904 Lehigh Ave<br>Glenview, IL 60025 | Line **3.14**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 169,053.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 169,053.51 |

**Fill in this information to identify the case:**

Debtor name    **Cars Nation Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract  _____ | _____ |
| 2.2    State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract  _____ | _____ |
| 2.3    State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract  _____ | _____ |
| 2.4    State what the contract or<br>lease is for and the nature<br>of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of<br>any government contract  _____ | _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cars Nation Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Nabeel Siddiqui** | **1516 W Pratt Blvd, Unit D**<br>**Chicago, IL 60626** | **Nextgear Capital** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Cars Nation Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
    | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$522,566.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    | --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cars Nation Inc.** | Case number *(if known)* | |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2003 Mercedes E320** | | **$6,970.00** |
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2006 Toyota Sienna** | | **$4,935.00** |
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2011 Nissan Quest** | | **$14,325.00** |
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2007 Land Rover** | | **$11,695.00** |
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2008 Smar Fort** | | **$3,610.00** |
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2003 BMW X5** | | **$6,235.00** |
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2008 Chrysler 300** | | **$4,025.00** |
| **NextGear Capital Inc. Attention: Legal Department 1320 City Center Drive, Suite 100 Carmel, IN 46032** | **2001 Mercedes C320** | | **$4,110.00** |

Debtor    **Cars Nation Inc.**

Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **NextGear Capital Inc.**<br>**Attention: Legal Department**<br>**1320 City Center Drive, Suite 100**<br>**Carmel, IN 46032** | **2007 Cadilac Escalade** | | **$13,500.00** |
| **NextGear Capital Inc.**<br>**Attention: Legal Department**<br>**1320 City Center Drive, Suite 100**<br>**Carmel, IN 46032** | **2006 Chrysler 300** | | **$6,635.00** |
| **Automotive Finance Corporation**<br>**13085 Hamilton Crossing Blvd**<br>**Carmel, IN 46032** | **2007 Nissan Altima** | | **$5,344.00** |
| **Automotive Finance Corporation**<br>**13085 Hamilton Crossing Blvd**<br>**Carmel, IN 46032** | **2008 Nissan Altima** | | **$6,046.00** |
| **Automotive Finance Corporation**<br>**13085 Hamilton Crossing Blvd**<br>**Carmel, IN 46032** | **2004 Honda Civic** | | **$3,750.00** |
| **Automotive Finance Corporation**<br>**13085 Hamilton Crossing Blvd**<br>**Carmel, IN 46032** | **2006 BMW 325i** | | **$3,750.00** |
| **Automotive Finance Corporation**<br>**13085 Hamilton Crossing Blvd**<br>**Carmel, IN 46032** | **2004 Audi A4** | | **$3,750.00** |
| **Automotive Finance Corporation**<br>**13085 Hamilton Crossing Blvd**<br>**Carmel, IN 46032** | **2005 Toyota Avalon** | | **$3,750.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Nextgear Capital, Inc. v. Cars Nation Inc. and Nabeel Siddiqui**<br>**29D01-1511-CC-009086** | **Breach of contract, breach of guaranty, and conversion** | **Hamilton Superior Court 1**<br>**One Hamilton County Square, Suite 106**<br>**Noblesville, IN 46060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Cars Nation Inc.**

Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Value Industrial Partners LLC vs. Cars Nation Inc 2015LM002979** | **Residential Forcible Entry and Detainer (Possession and Money Judgement)** | **Circuit Court of DuPage County<br>505 N County Farm Rd<br>Wheaton, IL 60189** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Neal Feld<br>500 N. Michigan Ave.<br>Suite 600<br>Chicago, IL 60611** | **$3,000.00** | **Various** | **$3,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

| Debtor | **Cars Nation Inc.** | | Case number *(if known)* |
|---|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Cars Nation Inc.** | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank**<br>**PO Box 1800**<br>**Saint Paul, MN 55101-0800** | **XXXX-0576** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **09/30/15** | **$8.08** |
| 18.2. | **Chase Bank**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | **XXXX-7376** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **09/30/15** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **Cars Nation Inc.** | Case number *(if known)* | |

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Nabeel Siddiqui**<br>**1516 W Pratt Blvd., Unit D**<br>**Chicago, IL 60626** | 02/15 - 10/15 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Nabeel Siddiqui**<br>**1516 W Pratt Blvd., Unit D**<br>**Chicago, IL 60626** | 02/15 - 10/15 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Cars Nation Inc.**                                            Case number *(if known)*

---

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Nabeel Siddiqui**<br>**1516 W Pratt Blvd., Unit D**<br>**Chicago, IL 60626** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nabeel Siddiqui** | **1516 W Pratt Blvd., Unit D** | **Owner** | **100** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Nabeel Siddiqui**<br>**1516 W Pratt Blvd., Unit D**<br>**Chicago, IL 60626**<br><br>**Relationship to debtor**<br>**Owner** | **$18,875.27** | **05/15 - 08/15** | **Other Compensation** |
| 30.2.  **Farhan Shahid**<br><br>**Relationship to debtor**<br>**Secretary** | **$29,114.16** | **05/15 - 09/15** | **Other Compensation** |

---

Debtor    **Cars Nation Inc.**    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Faisal Shahid** | **$38,444.97** | **02/15 - 09/15** | **Other Compensation** |
| | **Relationship to debtor**<br>**Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cars Nation Inc.**                                             Case number *(if known)*

---

**Part 14:**    Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2016**

**/s/ Nabeel Siddiqui**                                        **Nabeel Siddiqui**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Cars Nation Inc.** _____  Case No. _____
                                    Debtor(s)                                    Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **3,000.00** |
    | Prior to the filing of this statement I have received | $ | **3,000.00** |
    | Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods and representation in relief from stay actions .**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances or any other adversary
    proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 28, 2016** _____           **/s/ Neal Feld** _____
_Date_                                                **Neal Feld 6201181**
                                                      _Signature of Attorney_
                                                      **Neal Feld**
                                                      **500 N. Michigan Ave.**
                                                      **Suite  600**
                                                      **Chicago, IL 60611**
                                                      **(312) 396-4130  Fax: (312) 396-4131**
                                                      _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cars Nation Inc.**                Case No.                    
                            Debtor(s)         Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **23**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 28, 2016**             **/s/ Nabeel Siddiqui**
                                       **Nabeel Siddiqui**/Owner
                                       Signer/Title

American Express
Box 0001
Los Angeles, CA 90096-8000

.

Arnoldharris
111 West Jackson Blvd, Ste 600
Chicago, IL 60604

Carsforsale
P.O. Box 91537
Sioux Falls, SD 57109

CarsGuru
2 Canal Park
Cambridge, MA 02141

Cary G. Schiff and Associates
134 North LaSalle Street
Suite 1720
Chicago, IL 60602

Chicago Tribune
14839 Collections Center Drive
Chicago, IL 60693-0148

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Computerized Vehicle Registration
100 N Stanton 3rd Floor
El Paso, TX 79901

DealerCenter
4751 Wilshire Blvd
Suite 115
Los Angeles, CA 90010

Greater Milwaukee A. A.
8711 W Brown Deer Road
Milwaukee, WI 53224

I-69 Auto Group
7739 E Belle St #242
Rockford, IL 61108

Illinois Secretary of State
Attn: Ashley Stewart
501 South Second Street, Room 311
Springfield, IL 62756

Illinois Secretary of State
213 State Capital
Springfield, IL 62756

Illinois Tollway
Attn: Violation Administration Cent
2700 Ogden Avenue
Downers Grove, IL 60515-1703

Jim F. Mazzanti Insurance
800 E. Northwest HWY, Suite 625
Palatine, IL 60074

Manheim Auctions
20401 Cox Ave
Matteson, IL 60443

Nextgear Capital
1320 City Center Drive
Suite 100
Carmel, IN 46032

NextGear Capital Inc.
Attention: Legal Department
1320 City Center Drive, Suite 100
Carmel, IN 46032

Red Towing
1904 Lehigh Ave
Glenview, IL 60025

Springleaf Financial Services
B130-126
7414 N Western Ave
Chicago, IL 60645

Value Industrial Partners, LLC
970 N Oaklawn Ave
Elmhurst, IL 60126

Westlake Financial Services
Attn Bankruptcy Dept
4751 Wilshire Blvd, Ste 100
Los Angeles, CA 90010

Yosemite Insurance Company
P.O. Box 159
Evansville, IN 47701-0159

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cars Nation Inc.** _____
                                     Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cars Nation Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 28, 2016** _____
Date

**/s/ Neal Feld** _____
**Neal Feld 6201181**
Signature of Attorney or Litigant
Counsel for   **Cars Nation Inc.** _____
**Neal Feld**
**500 N. Michigan Ave.**
**Suite  600**
**Chicago, IL 60611**
**(312) 396-4130 Fax:(312) 396-4131**